UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                      :
CEDAR LANE TECHNOLOGIES INC.,                                         :
                                                                      :
                                    Plaintiff,                        :
                                                                      :        25 Civ. 9533 (JPC)
                  -v-                                                  :
                                                                      :        ORDER
SAFRA SECURITIES LLC,                                                 :
                                                                      :
                                    Defendant.                        :
                                                                      :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff has filed proof of service indicating that it served Defendant with copies of the Summons and Complaint on December 17, 2025, by delivery to Defendant's registered agent.  Dkt. 10.  Defendant's deadline to respond to the Complaint was therefore January 7, 2026.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint.  Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until January 16, 2026.  If Defendant again fails to respond to the Complaint by that deadline, Plaintiff shall seek a Certificate of Default by January 23, 2026.

Within two days of this order, Plaintiff shall mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint and the address stated on the Complaint, Dkt. 1 ¶ 3, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: January 9, 2026
    New York, New York                                _____
                                                              JOHN P. CRONAN
                                                          United States District Judge