**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 1:25-cv-09533-JPC |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Safra Securities LLC,** | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE**

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED.

Dated: February 2, 2026
　　　New York, New York

_____
JOHN P. CRONAN
United States District Judge